FILED
CLERK, U.S. DISTRICT COURT

FEB - 3 2026

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION       BY DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

2:21-cr-00382-FMD-2

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHELLE ANN GARCIA<br><br>Defendant. | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  (✓)  the appearance of defendant as required; and/or

(B)  (✓)  the safety of any person or the community.

//

//

The court concludes:

A.    ( ✓ )    Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

· SUBMISSION TO DETENTION

• NEW OFFENSE COMMITTED ON SUPERVISION

(B)    ( ✓ )    Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

· SUBMISSION TO DETENTION

· ABSCONDING Allegation

• Alleged LACK OF CANDOR TO Supervising AGENT

IT IS ORDERED that defendant be detained.

DATED:  2/3/26

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

2